UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at WINCHESTER

| | |
|---|---|
| JODIE GORDAN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | Case No. 4:11-cv-41 |
| v. ) | |
| ) | Judge Mattice |
| GRACE HEALTHCARE, LLC, *d/b/a* ) | |
| Raintree Manor ) | |
| ) | |
| *Defendant*. ) | |
| ) | |

## **ORDER**

On December 18, 2012, this Court received notice from Defense Counsel that the parties have reached a settlement of the above-captioned action. It is hereby **ORDERED** that the parties shall file a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) no later than **January 30, 2013**.

The parties are **ON NOTICE** that the Court, pursuant to Rule 41(b) and Eastern District of Tennessee Local Rule 68.1, will dismiss this action with prejudice if no notice or stipulation of dismissal is filed on or before the date specified in this Order.

**SO ORDERED** this 18th day of December, 2012.

                                           */s/ Harry S. Mattice, Jr.*
                                           HARRY S. MATTICE, JR.
                                           UNITED STATES DISTRICT JUDGE