UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | |
|---|---|
| JODIE GORDAN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 4:11-CV-41 |
| | ) |
| | ) JUDGES MATTICE/CARTER |
| | ) |
| GRACE HEALTHCARE, LLC, d/b/a | ) |
| RAINTREE MANOR | ) |
| | ) |
| Defendant. | ) |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Jodie Gordon and Grace Healthcare, LLC, d/b/a Raintree Manor hereby file a joint stipulation of dismissal with prejudice of all claims pending in this matter. Each party will bear its own costs.

GALLIGAN & NEWMAN

By: s/Michael D. Galligan
    Michael D. Galligan, TN Bar #3181
309 West Main Street
McMinnville, TN 37111
Telephone: (888) 244-8960
Facsimile: (931) 473-1888

*Counsel for Plaintiff*

BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, P.C.

By: s/Russell W. Gray
    Russell W. Gray, TN Bar #16120
    Alison T. Shaw, TN Bar # 20314
1800 Republic Centre
633 Chestnut Street
Chattanooga, TN 37450-1800
(423) 209-4218

*Counsel for Defendant*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 30, 2013 a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

                                              BAKER, DONELSON, BEARMAN,
                                              CALDWELL & BERKOWITZ, P.C.

                                              By:  s/Russell W. Gray